UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE HALL,

    Plaintiff,

v.                                    Case No: 8:08-cv-1733-T-26TGW

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER

**UPON DUE CONSIDERATION**, it is hereby,

**ORDERED and ADJUDGED** that the undersigned recuses himself from the above-styled cause and the Clerk is directed to reassign in accordance with established procedures.

**DONE and ORDERED** at Tampa, Florida, on September 9, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record